IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



KAREN R. TRIMMER,

    Plaintiff

v.                                     3:10cv639

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R & R) entered on September 7, 2011. The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment is GRANTED.

(3) Defendant's Motion for Summary Judgment is DENIED.

(4) The final decision of the Commissioner is REVERSED and REMANDED for further administrative proceedings consistent with this report and recommendation.

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this order to all counsel of record.

It is so ORDERED.

SEP 30 2011

/s/
James R. Spencer
Chief United States District Judge